UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20472-DAMIAN

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JULIAN FLORES**,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS STATEMENTS [ECF NOS. 30, 61]

THIS CAUSE is before the Court on Defendant, Julian Flores's ("Defendant"), Motion to Suppress Statements [ECF No. 30 (the "Motion")], filed April 16, 2024.

Pursuant to 28 U.S.C. § 636 (b)(1)(A) and (B) and the Magistrate Judge Rules of the S.D. Fla. L.R., the matter was referred for a Report and Recommendation to Magistrate Judge Lisette M. Reid [ECF No. 33]. On May 14, 2024, Magistrate Judge Reid held an evidentiary hearing on the Motion where all evidence and testimony were considered. [ECF No. 42]. On May 30, 2024, Magistrate Judge Reid issued her Report and Recommendation on Defendant's Motion to Suppress. [ECF No. 61]. Defendant timely filed his objections [ECF No. 63], and the Government has filed its Response [ECF No. 66]. With the Court's permission, Defendant also filed a Reply in support of his Objections. [ECF No. 73].

When a magistrate judge's "disposition" is properly objected to, district courts must review the disposition *de novo*. Fed. R. Civ. P. 72(b)(3). A proper objection "identifie[s] specific findings set forth in the R & R and articulate[s] a legal ground for objection." *Leatherwood v. Anna's Linens Co.*, 384 F. App'x 853, 857 (11th Cir. 2010) (citation omitted).

"Frivolous, conclusive, or general objections need not be considered by the district court." *Id.* (quoting *Marsden v. Moore*, 847 F.2d 1536, 1548 (11th Cir. 1988) (internal quotation marks and other citation omitted)); *see also Russell v. United States*, No. 11-20557-Civ, 2012 WL 10026019, at *1 (S.D. Fla. Apr. 17, 2012) (declining to address general or blanket objections not specifically identifying aspects of the Magistrate Judge's report to which the petitioner objected). Since the Defendant and the Government filed timely objections, this Court has reviewed the record *de novo*.

THE COURT has conducted a careful and complete review of the record to determine whether the findings are reasonable. Judge Reid issued a thorough, well-reasoned, and complete analysis of the evidence, including evidence presented at an evidentiary hearing, and of the parties' arguments. After considering the Report and Defendant's objections and arguments regarding the underlying Motion and Judge Reid's Report, the Court finds no error, the conclusions are reasonable, and this Court is in full agreement with Judge Reid's analysis and recommendations. Therefore, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation [**ECF No. 61**] is **AFFIRMED AND ADOPTED**. Defendant, Julian Flores's Motion to Suppress Statements [**ECF No. 30**] is **DENIED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 12th day of August, 2024.

MELISSA DAMIAN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record